1  Rodney L. Soda, Esq. (SBN 72738)
   David Greenberg, Esq. (SBN172211)
2  LAW OFFICES OF SODA & GREENBERG
   74-361 Highway 111, Suite 10
3  Palm Desert, CA 92260
   Telephone: (760) 320-2000
4  Fax: (760) 773-5011

5  Attorneys for Plaintiff, John C. Schiavone
6

7

8              IN THE SUPERIOR COURT OF CALIFORNIA,

9            COUNTY OF RIVERSIDE: PALM SPRINGS

10  JOHN C. SCHIAVONE,                    )  Case No:   **PSC1907692**
                                          )
11          Plaintiff,                    )
                                          )
12      vs.                               )
                                          )
13  COSTCO WHOLESALE MEMBERSHIP,          )  COMPLAINT FOR PERSONAL INJURY
    INC.; COSTCO WHOLESALE               )  (NEGLIGENCE)
14  CORPORATION; COSTCO                   )
    WHOLESALE WAREHOUSE, AND              )  Unlimited Civil Case
15  DOES 1-75, INCLUSIVE,                 )
                                          )
16                                        )
        Defendant.                        )
17  _____)

18

19              **GENERAL ALLEGATIONS**

20      1.    Plaintiff is informed and believes and thereon alleges that the defendant

21  Costco Wholesale Membership, Inc. is and at all time herein mentioned was a corporation

22
    duly authorized to conduct business in the State of California.
23

24      2.    Plaintiff is informed and believes and thereon alleges that the defendant

25  Costco Wholesale Corporation is and at all times herein mentioned was a corporation duly

26  authorized to conduct business in the State of California.

27

28

                                    1

3.     The plaintiff is informed and believes and thereon alleges that the defendant Costco Wholesale Warehouse was and all times herein mentioned was the dba for Costco Wholesale Membership, Inc. and/or Costco Wholesale Corporation.

4.     Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 75 inclusive and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants is negligently responsible in some manner for the occurrences herein alleged and that the plaintiff's injuries as herein alleged were proximately caused by that negligence.

5.     Plaintiff is informed and believes and thereon alleges that at all times herein mentioned each of the defendants was the agent and employee of each of the remaining defendants and doing the things hereinafter alleged was acting within the scope and course of such agency and employment.

## FIRST CAUSE OF ACTION

### (Premises Liability—Negligence)

6.     Plaintiff incorporates by this reference Paragraphs 1 through 5, inclusive, as though fully set forth at length.

7.     At all times herein mentioned defendants and each of them owned, maintained, controlled, managed, and operated the business premises known as Costco Wholesale Warehouse located at 79795 Highway 111, La Quinta, California, County of Riverside, State of California.

8.     On or about October 30, 2017, plaintiff was a customer of the Costco Wholesale Warehouse and on said date purchased a gun safe for transport back to his

2

1    residence. At the time of his purchase he was directed by the employees of the defendants

2    to drive his vehicle around to the purchase loading area of the store to pick-up his purchase.

3        9.    At the aforementioned time and place the defendants and each of them

4    negligently maintained, managed, controlled, and operated the wholesale warehouse when

5    the plaintiff did as he was directed by defendants' employees to drive and park his vehicle

6    back to the loading area of the store. While defendants' employees were in the process of

7    loading said safe onto plaintiff's truck, they did so in an unsafe manner, failing to exercise

8
9    reasonable care in the process, which created a dangerous condition and unreasonable risk

10   of harm to plaintiff.  The dangerous condition and unreasonable risk of harm was unknown

11   to plaintiff at that time.

12       10.   Because the defendants negligently failed to take proper steps to either make

13   the conditions safe or to warn plaintiff of the dangerous condition, the safe fell on the plaintiff

14   while the defendants' employees lost control of it. As a result, plaintiff suffered injuries and

15
16   damages hereinafter described.

17       11.   As a proximate result of the negligence of defendants and each of them

18   plaintiff was hurt and injured in his health, strength, and activity sustaining injury to his

19   nervous system and person. All of such injuries have caused and continue to cause plaintiff

20   great mental, physical, and nervous system pain and suffering. Plaintiff is informed and

21   believes and thereon alleges that such injuries will result in some permanent disability to

22   him. As a result of such injuries plaintiff has suffered general damages in an amount

23
24   according to proof.

25       12.   As a further proximate result of the negligence of defendants and each of them

26   plaintiff has incurred and will continue to incur medical related expenses in an amount

27   according to proof.

28

3

13.     As a further proximate result of the negligence of the defendants and each of them plaintiff's earning capacity has been greatly impaired in the past, present and in the future amounts according to proof.

## SECOND CAUSE OF ACTION

### (General Negligence)

14.     Plaintiff incorporates by this reference Paragraphs 1 through 9, inclusive, as though fully set forth at length.

15.     At the aforementioned time and place the defendant s and each of them negligently trained, supervised, and managed their employees working in the loading area of the wholesale warehouse.  When the plaintiff did as he was directed by driving and parking his vehicle back at the loading area of the store, the defendants' employees while attempting to load plaintiff's newly purchased gun safe onto plaintiff's truck, failed to warn the plaintiff of the potential dangers involved and attempted to load the safe in an unsafe manner when the plaintiff was in close proximity to the employees which was also a failure to exercise reasonable care for the safety of the plaintiff. The failure to warn and attempt to load the safe with plaintiff in close proximity created a dangerous condition and unreasonable risk of harm to plaintiff.  The dangerous condition and unreasonable risk of harm was unknown to plaintiff at that time.

16.     Because the defendants negligently failed to take proper steps to train, manage and supervise its employees working in the loading area, the safe fell on the plaintiff while the defendants' employees lost control of it. As a result, plaintiff suffered injuries and damages hereinafter described.

17.     As a proximate result of the negligence of defendants and each of them plaintiff was hurt and injured in his health, strength, and activity sustaining injury to his

1  nervous system and person. All of such injuries have caused and continue to cause plaintiff

2  great mental, physical, and nervous system pain and suffering. Plaintiff is informed and

3  believes and thereon alleges that such injuries will result in some permanent disability to

4  him. As a result of such injuries plaintiff has suffered general damages in an amount

5  according to proof.

6

7        18.    As a further proximate result of the negligence of defendants and each of them

8  plaintiff has incurred and will continue to incur medical related expenses in an amount

9  according to proof.

10        19.    As a further proximate result of the negligence of the defendants and each of

11  them plaintiff's earning capacity has been greatly impaired both in the past, present and

12  future in amounts according to proof.

13

14        Wherefore, plaintiff prays judgment against defendants and each of them on the First

15  and Second Causes of Action as follows:

16        1.    For general damages;

17        2.    For medical related expenses and future medical related expenses according

18             to proof;

19        3.    For loss of earnings and future lost earnings according to proof;

20        4.    For costs of suit herein incurred; and

21

22        5.    For such other and further relief as the Court may deem proper.

23

24  Dated: _O ct. 2-2_____, 2019         The Law Offices of Soda & Greenberg

25

26                                     By: Rodney L. Soda, Esq.

27                                     Attorney for Plaintiff, John C. Schiavone

28