1 | Stephen G. Larson (SBN 145225)
  | slarson@larsonllp.com
2 | Jerry A. Behnke (SBN 180462)
  | jbehnke@larsonllp.com
3 | Daniel R. Lahana (SBN 305664)
  | dlahana@larsonllp.com
4 | **LARSON LLP**
  | 555 South Flower Street, Suite 4400
5 | Los Angeles, California 90071
  | Telephone:(213) 436-4888
6 | Facsimile: (213) 623-2000

7 | Attorneys for Plaintiff
  | JOHN C. SCHIAVONE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| JOHN C. SCHIAVONE, | Case No. 5:20-cv-00213-JGB-SP |
|---|---|
| Plaintiff, | Hon. Jesus G. Bernal |
| vs. | **PLAINTIFF JOHN C. SCHIAVONE'S NOTICE OF SETTLEMENT OF THE ENTIRE ACTION** |
| COSTCO WHOLESALE COMPANY, et al., | |
| Defendant. | |

LARSON
LOS ANGELES

**TO THE HONORABLE JESUS G. BERNAL AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff John C. Schiavone ("Plaintiff") hereby informs the Court that Plaintiff and Defendant Costco Wholesale Company have reached a settlement in principle to resolve all claims in the present action. The settlement will include a dismissal of the entire action with prejudice. The parties anticipate that they will file a stipulation to effect the above dismissal in the near future.

The Settling Parties are negotiating a settlement agreement, which they anticipate having executed by no later than May 2, 2022.

To facilitate such efforts and in the interest of conserving judicial resources, the parties respectfully request that the Court stay all deadlines, discovery, pretrial and trial dates until at least May 2, 2022.

Dated: April 4, 2022                    LARSON LLP


                                        By: /s/ Jerry A. Behnke
                                            Stephen G. Larson
                                            Jerry A. Behnke
                                            Daniel R. Lahana
                                        Attorneys for Plaintiff
                                        JOHN C. SCHIAVONE